AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/03/2025
Clerk, U.S. District Court
Western District of Texas

By: _____*FMorales*_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -03008(1) - MAT |
| | § |
| (1) MOISES ALVAREZ-PEREZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 31, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Moises ALVAREZ-Perez, an alien to the United States and a citizen of Mexico was found approximately .47 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas.  From statements made

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,          /s/ RODRIGUEZ, LUIS E.
                             Signature of Complainant
                             Border Patrol Agent


June 03, 2025                at    EL PASO, Texas
Date                               City and State


MIGUEL A. TORRES                   Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE
                                   **OATH TELEPHONICALLY SWORN
                                   AT 2:00  P.M.
                                   FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03008(1)

WESTERN DISTRICT OF TEXAS

(1) MOISES ALVAREZ-PEREZ

FACTS   (CONTINUED)

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on March 01, 2025 through El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time(s), the last one being to MEXICO on March 1, 2025, through EL PASO, TX

CRIMINAL HISTORY:
NONE